UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 12-02919 |
| ) | |
| FLANNERY, SARAH L., ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| Debtor(s) ) | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on November 29, 2012 in Courtroom 682**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: November 5, 2012         By: /s/ Richard M. Fogel
                                        Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawfishman.com
UST Form 101-7-NFR (9/1/2009)

{000 NTC A0236578.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: FLANNERY, SARAH L | § | Case No. 12-02919 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 100,000.00 |
| *and approved disbursements of* | $ 60,376.92 |
| *leaving a balance on hand of* [1] | $ 39,623.08 |
| **Balance on hand:** | $ 39,623.08 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S-2 | Internal Revenue Service | 7,632.86 | 7,632.86 | 0.00 | 7,632.86 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 7,632.86 |
| Remaining balance: | $ 31,990.22 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 6,295.18 | 0.00 | 6,295.18 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 6,295.18 |
| Remaining balance: | $ 25,695.04 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 25,695.04 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,407.43 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P-2 | Internal Revenue Service | 1,407.43 | 0.00 | 1,407.43 |

Total to be paid for priority claims: $ 1,407.43
Remaining balance: $ 24,287.61

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,507.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U-2 | Internal Revenue Service | 96.28 | 0.00 | 96.28 |
| 2 | Capital One Bank (USA), N.A. | 541.01 | 0.00 | 541.01 |
| 3 | Capital One Bank (USA), N.A. | 1,102.65 | 0.00 | 1,102.65 |
| 4 | LVNV Funding, LLC, as assignee of Arrow Financial | 1,768.00 | 0.00 | 1,768.00 |

Total to be paid for timely general unsecured claims: $ 3,507.94
Remaining balance: $ 20,779.67

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 20,779.67

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 20,779.67

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $10.36. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $20,769.31.

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-02919-JBS
Sarah L Flannery                                                      Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal          Page 1 of 2          Date Rcvd: Nov 08, 2012
                              Form ID: pdf006         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2012.
```
db         #+Sarah L Flannery,    6502 W. Devon Ave.,    Unit1R,    Chicago, IL 60631-2073
18411990    +Advocate Lutheran General Hospital,    1775 Dempster St.,    Park Ridge, IL 60068-1174
18411991    +Advocate Medical Group,    701 Lee Street,    Des Plaines, IL 60016-4543
18411993    +Blitt & Gaines, P.C.,    661 Glenn Ave.,    Wheeling, IL 60090-6017
18411994    +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
18910692     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
18411995    +Carson Pirie Scott,    2801 E. Market St.,    York, PA 17402-2423
18411998    +Golf Surgical Center,    8901 Golf Rd.,    #100,    Des Plaines, IL 60016-4000
18411999    +Harris,    222 Merchandise Mart Plaza Suite 1900,    Chicago, IL 60654-1421
18412000    +IL Bone and Joint,    5057 Paysphere Circle,    Chicago, IL 60674-0050
18412002    +John Athans,    6502 W. Devon,    Chicago, IL 60631-2073
18412003   #+Lou Harris Company,    613 Academy Dr,    Northbrook, IL 60062-2420
18412004    +Med Busi Bur,    1460 Renaissance D,    Park Ridge, IL 60068-1349
18412005    +Midwest Diagnostic Pathology, SC,    75 Remittance Dr.,    Suite 3070,    Chicago, IL 60675-3070
18412006    +Northshore University Healthsystem,    23056 Network Place,    Chicago, IL 60673-1230
18412007    +Opus Plastic Surgery,    1786 Moonlake Blvd,    #205,    Hoffman Estates, IL 60169-1067
18412008    +Parkridge Anesthesiology,    PO Box 1123,    Jackson, MI 49204-1123
18412009    +Quest Diagnostics,    PO Box 64804,    Baltimore, MD 21264-4804
18412010    +Rush North Shore Medical Ctr,    9600 Gross Pointe Rd.,    Skokie, IL 60076-1257
18412011    +Sokie Emergency SRCVS, LLC,    PO Box 47659,    Jacksonville, FL 32247-7659
18412012    +Transworld Systems, Inc.,    1375 East Woodfield Rd.,    Suite 110,    Schaumburg, IL 60173-5423
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18411989    +E-mail/Text: KM@ARCONCEPTSINC.COM Nov 09 2012 00:43:06     A/r Concepts,    2320 Dean St,
              Saint Charles, IL 60175-1068
18411992    +E-mail/Text: sksareen@aol.com Nov 09 2012 00:41:40     AMerican Meedical Collection Agency,
              4 Westchester Plaza,    Building 4,    Elmsford, NY 10523-1615
18411996    +E-mail/Text: collections@barrmgmt.com Nov 09 2012 00:45:10     Devon Financial Services, Inc.,
              6414 N. Western Ave.,    Chicago, IL 60645-5422
18411997    +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2012 00:53:17     GE Capital Montgomery Ward,
              9510 W. 67th Street,    Shawnee, KS 66203-3614
18412001    +E-mail/Text: cio.bncmail@irs.gov Nov 09 2012 00:38:12     Internal Revenue Service,
              P.O. Box 7346,    Philadelphia, PA 19101-7346
19163203     E-mail/Text: resurgentbknotifications@resurgent.com Nov 09 2012 00:39:51
              LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,    LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                             TOTAL: 6
```
```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 10, 2012**          **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: corrinal              Page 2 of 2                  Date Rcvd: Nov 08, 2012
                              Form ID: pdf006             Total Noticed: 27

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2012 at the address(es) listed below:
              Frank G. Cortese    on behalf of Debtor Sarah Flannery CorteseLaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M Fogel    on behalf of Trustee Richard Fogel rfogel@shawgussis.com, il72@ecfcbis.com
              Richard M. Fogel    rfogel@shawfishman.com, il72@ecfcbis.com
                                                                                             TOTAL: 4
```