**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: FLANNERY, SARAH L                       § Case No. 12-02919
                                               §
                                               §
                                               §
Debtor(s)                                      §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $3,073.00<br>*(without deducting any secured claims)* | Assets Exempt: $21,800.00 |
| Total Distribution to Claimants: $21,003.59 | Claims Discharged<br>Without Payment: $75,987.00 |
| Total Expenses of Administration: $44,775.10 | |

    3) Total gross receipts of $ 100,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 34,221.31 (see **Exhibit 2**), yielded net receipts of $65,778.69 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $7,496.29 | $11,202.86 | $11,202.86 | $11,202.86 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 44,775.10 | 44,775.10 | 44,775.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,407.43 | 1,407.43 | 1,407.43 | 1,407.43 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 86,067.28 | 8,393.30 | 8,393.30 | 8,393.30 |
| **TOTAL DISBURSEMENTS** | $94,971.00 | $65,778.69 | $65,778.69 | $65,778.69 |

4) This case was originally filed under Chapter 7 on January 28, 2012. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/31/2013          By: /s/RICHARD M. FOGEL
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Claim vs. Walgreens & Dominicks | 1142-000 | 100,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$100,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Sarah L. Flannery | Debtor's claims of exemption (PI and wildcard) per o/c 9-18-12 | 8100-002 | 18,327.00 |
| FLANNERY, SARAH L | Payment of Surplus Funds to Debtor | 8200-002 | 15,894.31 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$34,221.31** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S-2 | Internal Revenue Service | 4300-070 | 7,496.29 | 7,632.86 | 7,632.86 | 7,632.86 |
| | Ingenix Subrogation Services | 4220-000 | N/A | 3,570.00 | 3,570.00 | 3,570.00 |
| **TOTAL SECURED CLAIMS** | | | **$7,496.29** | **$11,202.86** | **$11,202.86** | **$11,202.86** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 6,295.18 | 6,295.18 | 6,295.18 |
| John J. Simonetti | 3210-600 | N/A | 33,333.33 | 33,333.33 | 33,333.33 |
| John J. Simonetti | 3220-610 | N/A | 5,146.59 | 5,146.59 | 5,146.59 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $44,775.10 | $44,775.10 | $44,775.10 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P-2 | Internal Revenue Service | 5800-000 | 1,407.43 | 1,407.43 | 1,407.43 | 1,407.43 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $1,407.43 | $1,407.43 | $1,407.43 | $1,407.43 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U-2 | Internal Revenue Service | 7100-000 | 96.28 | 96.28 | 96.28 | 96.28 |
| 2 | Capital One Bank (USA), N.A. | 7100-900 | 502.00 | 541.01 | 541.01 | 541.01 |
| 2I | Capital One Bank (USA), N.A. | 7990-000 | 0.00 | 0.45 | 0.45 | 0.45 |
| 3 | Capital One Bank (USA), N.A. | 7100-900 | 1,082.00 | 1,102.65 | 1,102.65 | 1,102.65 |
| 3I | Capital One Bank (USA), N.A. | 7990-000 | 0.00 | 0.91 | 0.91 | 0.91 |
| 4 | LVNV Funding, LLC , as assignee of Arrow Financial | 7100-900 | 3,000.00 | 1,768.00 | 1,768.00 | 1,768.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4I | LVNV Funding, LLC, as assignee of Arrow Financial | 7990-000 | 0.00 | 1.46 | 1.46 | 1.46 |
| 5 -2 | John Athans | 7200-000 | 5,400.00 | 4,875.00 | 4,875.00 | 4,875.00 |
| 1PI-2 | Internal Revenue Service | 7990-000 | 0.00 | 1.16 | 1.16 | 1.16 |
| 1SI-2 | Internal Revenue Service | 7990-000 | 0.00 | 6.30 | 6.30 | 6.30 |
| 1UI-2 | Internal Revenue Service | 7990-000 | 0.00 | 0.08 | 0.08 | 0.08 |
| NOTFILED | Med Busi Bur | 7100-000 | 1,140.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Diagnostic Pathology, SC | 7100-000 | 189.00 | N/A | N/A | 0.00 |
| NOTFILED | John Athans | 7100-000 | 5,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Northshore University Healthsystem | 7100-000 | 3,864.00 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Opus Plastic Surgery | 7100-000 | 778.00 | N/A | N/A | 0.00 |
| NOTFILED | Skokie Emergency SRCVS, LLC | 7100-000 | 341.00 | N/A | N/A | 0.00 |
| NOTFILED | Transworld Systems, Inc. | 7100-000 | 876.00 | N/A | N/A | 0.00 |
| NOTFILED | Rush North Shore Medical Ctr | 7100-000 | 4,550.00 | N/A | N/A | 0.00 |
| NOTFILED | Parkridge Anesthesiology | 7100-000 | 1,140.00 | N/A | N/A | 0.00 |
| NOTFILED | IL Bone and Joint | 7100-000 | 22,065.00 | N/A | N/A | 0.00 |
| NOTFILED | Lou Harris Company | 7100-000 | 76.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Medical Group | 7100-000 | 1,613.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris | 7100-000 | 4,016.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Lutheran General Hospital | 7100-000 | 21,000.00 | N/A | N/A | 0.00 |
| NOTFILED | AMerican Meedical Collection Agency | 7100-000 | 273.00 | N/A | N/A | 0.00 |
| NOTFILED | A/r Concepts | 7100-000 | 779.00 | N/A | N/A | 0.00 |
| NOTFILED | Blitt & Gaines, P.C. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Golf Surgical Center | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Devon Financial Services, Inc. | 7100-000 | 3,887.00 | N/A | N/A | 0.00 |
| NOTFILED | Carson Pirie Scott | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $86,067.28 | $8,393.30 | $8,393.30 | $8,393.30 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-02919  
**Case Name:** FLANNERY, SARAH L  

**Period Ending:** 01/31/13

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 01/28/12 (f)  
**§341(a) Meeting Date:** 03/12/12  
**Claims Bar Date:** 07/20/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Checking Account Bank Financial<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 73.00 | 0.00 | DA | 0.00 | FA |
| 2 | Miscellaneous Household Furniture<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 600.00 | 0.00 | DA | 0.00 | FA |
| 3 | Necessary Wearing Apparel<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 400.00 | 0.00 | DA | 0.00 | FA |
| 4 | 1996 Acura Integra 96,000 Miles<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Personal Injury Claim vs. Walgreens & Dominicks<br>Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 50,000.00 | Unknown | | 100,000.00 | FA |
| 5 | Assets   Totals (Excluding unknown values) | **$53,073.00** | **$0.00** | | **$100,000.00** | **$0.00** |

RE PROP# 5    Trustee authorized to retain debtor's counsel as special litigation counsel to pursue injury claim.
Settlement for $100,000 approved per o/c 9-19-12.

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013          **Current Projected Date Of Final Report (TFR):**   November 5, 2012  (Actual)

Printed: 01/31/2013 12:09 PM     V.13.11

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 12-02919  
**Case Name:** FLANNERY, SARAH L  

**Taxpayer ID #:** **-***3077  
**Period Ending:** 01/31/13  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******08-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/28/12 | {5} | THE HARTFORD INSURANCE COMPANY | Partial payment of settlement | 1142-000 | 50,000.00 | | 50,000.00 |
| 10/05/12 | {5} | LIBERTY MUTUAL INSURANCE COMPANY | Balance of settlement proceeds | 1142-000 | 50,000.00 | | 100,000.00 |
| 10/09/12 | 101 | John J. Simonetti | Special Counsel fees and expenses per o/c 9-18-12 | | | 38,479.92 | 61,520.08 |
| | | | 33,333.33 | 3210-600 | | | 61,520.08 |
| | | | 5,146.59 | 3220-610 | | | 61,520.08 |
| 10/09/12 | 102 | Ingenix Subrogation Services | Settlement of provider lien on injury claim per o/c 9-18-12 | 4220-000 | | 3,570.00 | 57,950.08 |
| 10/09/12 | 103 | Sarah L. Flannery | Debtor's claims of exemption (PI and wildcard) per o/c 9-18-12 | 8100-002 | | 18,327.00 | 39,623.08 |
| 12/20/12 | 104 | RICHARD M. FOGEL | Dividend paid 100.00% on $6,295.18, Trustee Compensation; Reference: | 2100-000 | | 6,295.18 | 33,327.90 |
| 12/20/12 | 105 | John Athans | 100.00% dividend on Claim # 5 -2, Ref: | 7200-000 | | 4,875.00 | 28,452.90 |
| 12/20/12 | 106 | FLANNERY, SARAH L | Payment of Surplus Funds to Debtor | 8200-002 | | 15,894.31 | 12,558.59 |
| 12/20/12 | 107 | Capital One Bank (USA), N.A. | Combined Check for Claims#2,3,2I,3I | | | 1,645.02 | 10,913.57 |
| | | | Dividend paid 100.00%    541.01<br>on $541.01;  Claim# 2;<br>Filed: $541.01;<br>Reference:<br>XXXXXXXXXXXX0085 | 7100-900 | | | 10,913.57 |
| | | | Dividend paid 100.00%    1,102.65<br>on $1,102.65;  Claim# 3;<br>Filed: $1,102.65;<br>Reference:<br>XXXXXXXXXXXX1820 | 7100-900 | | | 10,913.57 |
| | | | Dividend paid 100.00%    0.45<br>on $0.45;  Claim# 2I;<br>Filed: $0.45;  Reference:<br>XXXXXXXXXXXX0085 | 7990-000 | | | 10,913.57 |
| | | | Dividend paid 100.00%    0.91<br>on $0.91;  Claim# 3I;<br>Filed: $0.91;  Reference:<br>XXXXXXXXXXXX1820 | 7990-000 | | | 10,913.57 |
| 12/20/12 | 108 | Internal Revenue Service | Combined Check for Claims#1U-2,1P-2,1S-2,1PI-2,1SI-2,1UI-2 | | | 9,144.11 | 1,769.46 |
| | | | Dividend paid 100.00%    96.28<br>on $96.28;  Claim# 1U-2; | 7100-000 | | | 1,769.46 |

Subtotals :    $100,000.00    $98,230.54

{} Asset reference(s)

Printed: 01/31/2013 12:09 PM    V.13.11

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 12-02919 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | FLANNERY, SARAH L | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******08-66 - Checking Account |
| Taxpayer ID #: | **-***3077 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/31/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Filed: $96.28 | | | | |
| | | | Dividend paid 100.00% on $1,407.43;  Claim# 1P-2; Filed: $1,407.43 | 1,407.43 | 5800-000 | | | 1,769.46 |
| | | | Dividend paid 100.00% on $7,632.86;  Claim# 1S-2; Filed: $7,632.86 | 7,632.86 | 4300-070 | | | 1,769.46 |
| | | | Dividend paid 100.00% on $1.16;  Claim# 1PI-2; Filed: $1.16 | 1.16 | 7990-000 | | | 1,769.46 |
| | | | Dividend paid 100.00% on $6.30;  Claim# 1SI-2; Filed: $6.30 | 6.30 | 7990-000 | | | 1,769.46 |
| | | | Dividend paid 100.00% on $0.08;  Claim# 1UI-2; Filed: $0.08 | 0.08 | 7990-000 | | | 1,769.46 |
| 12/20/12 | 109 | LVNV Funding, LLC , as assignee of Arrow Financial | Combined Check for Claims#4,4I | | | | 1,769.46 | 0.00 |
| | | | Dividend paid 100.00% on $1,768.00;  Claim# 4; Filed: $1,768.00 | 1,768.00 | 7100-900 | | | 0.00 |
| | | | Dividend paid 100.00% on $1.46;  Claim# 4I; Filed: $1.46 | 1.46 | 7990-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 100,000.00 | 100,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 100,000.00 | 100,000.00 | |
| | | | Less: Payments to Debtors | | | 34,221.31 | |
| | | | NET Receipts / Disbursements | | $100,000.00 | $65,778.69 | |

{} Asset reference(s)                                                                                              Printed: 01/31/2013 12:09 PM        V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 12-02919 | | **Trustee:** | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- | --- |
| **Case Name:** | FLANNERY, SARAH L | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******08-66 - Checking Account |
| **Taxpayer ID #:** | **-***3077 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 01/31/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | TOTAL - ALL ACCOUNTS | | Net Receipts | Net Disbursements | Account Balances |
| | | | **Checking # 9200-******08-66** | | **100,000.00** | **65,778.69** | **0.00** |
| | | | | | $100,000.00 | $65,778.69 | $0.00 |

{} Asset reference(s)

Printed: 01/31/2013 12:09 PM    V.13.11